UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ANGEL CHEVRESTT | NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i)) |
|---|---|
| Plaintiff, | |
| v. | Case No.: 5:19-cv-4826-EJD |
| SFG MEDIA GROUP, LLC | |
| Defendant. | |

It is hereby noticed that the above-captioned action has been settled and the case should be voluntarily dismissed with prejudice.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: September 8, 2019

*Attorneys for Plaintiff Angel Chevrestt*