*APPROVED*
*Judge Edward J. Davila*
*9/9/2019*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANGEL CHEVRESTT

                Plaintiff,

    v.

SFG MEDIA GROUP, LLC

                Defendant.

NOTICE OF SETTLEMENT AND
DISMISSAL OF CIVIL ACTION
WITH PREJUDICE (FRCP
41(a)(1)(A)(i))

Case No.: 5:19-cv-4826-EJD

      It is hereby noticed that the above-captioned action has been settled and the case should be voluntarily dismissed with prejudice.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: September 8, 2019

*Attorneys for Plaintiff Angel Chevrestt*